UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOSSIE Y. BARNES,

    Plaintiff,

v

    Case No. 5:06-cv-132

    Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

JUDGMENT

The decision of the Commissioner denying benefits is AFFIRMED.

Entered this 4th day of October, 2007.

    /s/ Wendell A. Miles
    Wendell A. Miles, Senior Judge